denied. Plaintiff should at once serve on defendant the order of affirmance, and defendant should thereupon forthwith serve formal notice of appeal therefrom. Present — Finch, P. J., McAvoy, Martin O'Malley and Townley, JJ.

EDWARD M. EVARTS v. JAMES B. ALLEY, Impleaded, etc.— Motion granted in so far as to stay the trial of the action pending the determination by this court of the appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDITH ROSBOROUGH v. WILSON HUNGATE.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY v. GROSSMAN PROPERTIES, INC., and Others, Impleaded with LONDON LIGHTINGWARES CORPORATION. THE COUNTY TRUST COMPANY v. GROSSMAN PROPERTIES, INC., and Others, Impleaded with LONDON LIGHTINGWARES CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BENJAMIN COHEN and Another v. STERN ELECTRIC NOVELTIES MFG. CO., INC.—Application dismissed and stay vacated. (See Civ. Prac. Act, § 240.) Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM ZANG.— Motion granted, and appellant's time to bring on appeal for argument extended to and including the 5th day of January, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARIE ALLEN REYNOLDS v. DAVIS ELKINS.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SILET BUILDING CORPORATION v. BLUE DIAMOND SERVICE CORPORATION and ANDERSON BRICK AND SUPPLY CO., INC.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SOL GOLDSTEIN v. MICHEL, MAKSIK & FELDMAN, INC.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL B. POLLAK and BERNARD POLLAK v. ARMAND VECSEY.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

VERA K. STEELMAN v. JULIUS BROTMAN.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

OLLIE A. WILLIAMS v. THOMAS J. HORGAN, as Property Clerk of the Police Department of the City of New York.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of JAMES FRANCIS KELLY, an Attorney.— Reference ordered to Terence J. McManus, Esq. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT COLL and FRANK GIORDANO.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWARD M. EVARTS, Plaintiff, Respondent, v. JAMES B. ALLEY, Defendant, Appellant, and JOHN J. NAUGLE, Defendant, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GIREY, INC., Appellant, v. BENJAMIN B. DEITEL and Others, Defendants,